PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA MARTINEZ, | Case No. 1:16-cv-01556-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER |
| v. | |
| ELIZABETH ENDERTON, D.O.; FAMILY HEALTHCARE NETWORK; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and KAWEAH DELTA HEALTH CARE DISTRICT, | (Doc. 27) |
| Defendants. | |

Plaintiff, Johana Martinez ("Plaintiff"), and Defendants United States and Kaweah Delta Health Care District ("Defendants"), stipulate, by and through their undersigned counsel, to continue the scheduling conference set for July 11, 2017 at 10:15 a.m. to July 27, 2017 at 11:00 a.m. The parties base this stipulation on good cause as counsel for Defendant United States will be unavailable. The proposed date has been cleared with the court. No dates have been set in this action. The parties request the court endorse this stipulation by way of formal order.

                                                    Respectfully submitted,

Dated: July 5, 2017                    PHILLIP A. TALBERT
                                              UNITED STATES ATTORNEY

                                              /s/Jeffrey J. Lodge
                                              Jeffrey J. Lodge
                                              Assistant United States Attorney

| | |
|---|---|
| Dated: July 5, 2017 | Attorney for Defendant United States<br>WEISS-SALINAS LAW GROUP, INC. |
| | (As authorized 07/05/17)<br>/s/Christopher M. Urone<br>Christopher M. Urone<br>Lisa M. Martin<br>Attorneys for Defendant<br>Kaweah Delta Health Care District |
| Dated: July 5, 2017 | ROBINS CLOUD LLP |
| | (As authorized 07/05/17)<br>/s/Stephen J. Kelly<br>Stephen J. Kelly<br>Attorneys for Plaintiff |

**ORDER**

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 11, 2017, is continued to July 27, 2017, at 11:00 a.m. in Courtroom 7, before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **July 5, 2017**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE