McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Email: jeffrey.lodge@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA MARTINEZ, | Case No. 1:16-cv-01556 LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO FILE PRE-TRIAL CONFERENCE STATEMENT AND TO CONTINUE PRE-TRIAL CONFERENCE; ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Johana Martinez ("Plaintiff") and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through their undersigned counsel, and request that the deadline to file the pre-trial conference statement be continued from January 30, 2019, to February 20, 2019, and that the pre-trial conference be continued accordingly based on the following:

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored.

Absent an appropriation, Department of Justice attorneys and employees of the federal appellant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of

property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases. Indeed, the undersigned Assistant U.S. Attorney is furloughed until appropriations to the Justice Department are restored.

Undersigned counsel therefore requests a continuance of approximately three weeks until Congress has restored appropriations to the Department. If this request is granted, undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department, and will propose rescheduling as appropriate.

For these reasons, the parties request that the court continue the deadline to file the pre-trial conference statement from January 30, 2019, to February 20, 2019, and continue the pre-trial conference from February 6, 2019, to February 28, 2019, or as soon thereafter as possible.

Respectfully submitted,

Dated: January 14, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: January 14, 2019

ROBINS CLOUD LLP

By: /s/Ari Friedman
Ari Friedman
Attorneys for Plaintiff

## ORDER

The deadline to file the pre-trial conference statement is February 20, 2019, and the pre-trial conference be continued to February 28, 2019 at 8:15 a.m..

IT IS SO ORDERED.

Dated: **January 15, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE